FILED

5/4/2022

Clerk, U.S. District Court
District of Montana
Great Falls Division

**WENDY A. JOHNSON**
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Wendy.Johnson@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **LAVAL JOHN BIGLEGGINS,** Defendant. | CR 22- 30 GF-BMM **INDICTMENT** INVOLUNTARY MANSLAUGHTER Title 18 U.S.C. §§ 1153(a) and 1112 (Penalty: Eight years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

That on or about May 28, 2021, at or near Fort Kipp, within Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, LAVAL JOHN BIGLEGGINS, an Indian person, committed an unlawful act not amounting to a

1

felony, namely reckless driving, knowing that such was a threat to the lives of others and knowing of circumstances that would reasonably cause the defendant to foresee that such conduct might be a threat to lives of others, and that unlawful act was the proximate cause of the unlawful killing of Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 1112.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

*/s/ for*
LEIF M. JOHNSON
United States Attorney

*/s/ for*
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney