# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LAVAL JOHN BIGLEGGINS,

Defendant.

CR-22-30-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 28, 2026. (Doc. 69.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 27, 2026. (Doc. 165.) The United States accused Laval John Bigleggins (Bigleggins) of violating the conditions of his supervised release by: (1) failing to follow the January 13, 2026, instruction of his probation officer not to have contact with Kimmy Home

Gun, a known drug user, by having contact with her on January 24, 2026; (2) failing to participate in out-patient mental health treatment on January 22, 2026; (3) committing another federal, state or local crime by being arrested on January 24, 2026, by the Great Falls Police Department and charged with the felony offense of False Reports to Law Enforcement Authorities, in violation of Mont. Code Ann. § 45-7-205(1) and with the misdemeanor offense of Family Member or Partner Assault, in violation of Mont. Code Ann. § 45-5-206(1); (4) consuming alcohol on January 24, 2026. (Doc. 57 and 61.)

At the revocation hearings Bigleggins admitted that he had violated conditions 1-4 of supervised as set forth in the Amended Petition. (Doc. 65.) Judge Johnston recommended that Bigleggins be sentenced to custody time served with 24 months of supervised release to follow. (Doc. 69.) Judge Johnston advised Bigleggins of his right to appeal and allocute before the undersigned. He waived those rights. (Doc. 65.)

The violations Bigleggins admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 69) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Laval John Bigleggins be sentenced to custody of time served with no 24 months of supervised release to follow.

DATED this 29th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts